# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161673 & (58)

*In re* BARRETT, Minors.

SC: 161673
COA: 349859
Livingston CC Family Division:
 18-015854-NA

_____/

On order of the Court, the application for leave to appeal the June 4, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to docket is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 18, 2020



Clerk

b0915